UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: **16-25143-CIV-MARTINEZ-GOODMAN**

JESUS HERNANDEZ,

    Plaintiff,

vs.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [D.E. No. 21]. It is:

**ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear his/her/its own attorney's fees and costs. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of September, 2017.

                                                                     JOSE E. MARTINEZ
                                                                     UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record